UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| YOEL GUERRA-VINALES #A074-054-223 | CIVIL ACTION NO. 1:25-CV-00725 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| KRISTI NOEM | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), and having thoroughly reviewed the record, noting the absence of written objections, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition is **DENIED**, and this civil action is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of July, 2025.

_____
Terry A. Doughty
United States District Judge